UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HO-CHUAN CHEN, et al.,

                Plaintiffs,

v.

KING COUNTY, et al.,

                Defendants.

NO. C04-987P

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

       Defendants have filed a notice of appeal of this Court's denial of qualified immunity. The parties stipulate that the appeal divests this Court of jurisdiction. As discussed in a telephone conference held on June 5, 2005, the Court will not sign the stipulation but has agreed to strike all pending motions in limine and the trial date and all pretrial deadlines. The case is hereby STAYED.

       The Clerk is directed to send copies of this order to all counsel of record.

       Date:  July 5, 2005

BRUCE RIFKIN, Clerk

By /s/ Mary Duett
      Deputy Clerk

MINUTE ORDER - 1