1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

HO-CHUAN CHEN and HOSSEIN
BARAHIMI,

9                    Plaintiffs,                          NO. C04-987 MJP

10           v.                                           MINUTE ORDER

11   LINDA DOUGHERTY, et al.,

12                    Defendants.

13   _____

14   HOSSEIN BARAHIMI,

15                    Plaintiff,

16           v.

17   KING COUNTY ROADS SERVICES
     DIVISION and SUE OSTERHOUDT,

18

19                    Defendants.

20

21           The following Minute Order is made by direction of the Court, the Honorable Marsha J.

22   Pechman, United States District Judge:

23           (1)  The Court has received a report from Special Master Kathleen Learned as directed by the

24   Court's order of January 20, 2009.  (See Dkt. No. 314.)  A copy of Judge Learned's report is attached

25   to this minute order.

26   MINUTE ORDER - 1

1       (2)  Because Judge Learned found Defendants' privilege log to be inadequate under

2   applicable law, Defendants are responsible for paying the cost of Judge Learned's services and are

3   directed to contact Judicial Arbitration and Mediation Services ("JAMS") located at 600 University

4   Street, Suite 1910, Seattle, Washington, 98101 (phone (800) 626-5267) to arrange payment.

5       (3)   In order to resolve Plaintiff Barahimi's pending motion to compel (Dkt. No. 256), the

6   Court hereby schedules a telephone conference with the parties on Tuesday, February 3, 2009 at

7   3:00pm.  Before the conference, the Court will distribute a list of issues that the parties should be

8   prepared to address.

9       Date:  February 2, 2009

10

11

12                  BRUCE RIFKIN, Clerk

13                  By /s/ Mary Duett
                 Deputy Clerk

14

15

16

17

18

19

20

21

22

23

24

25

26   MINUTE ORDER - 2