# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HO-CHUAN CHEN and,<br>HOSSEIN BARAHIMI | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs,<br>v. | CASE NO. C04-987 MJP |
| LINDA DOUGHERTY, et al, | |
| Defendants. | |
| _____ | |
| HOSSEIN BARAHIMI | |
| Plaintiff, | |
| v. | |
| KING COUNTY, et al. | |
| Defendants. | |

__X__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiff Chen has proved his retaliation claims against Defendants Linda Dougherty and Jennifer Lindwall by a preponderance of the evidence. Mr. Chen is awarded $82,190 for past wages, $94,030 for future loss of income, and $50,000 for emotional distress.

Plaintiff Barahimi has proved his retaliation claims against Defendants Linda Dougherty, Jennifer Lindwall, and Sue Osterhoudt by a preponderance of the evidence. Mr. Barahimi is awarded $17,000 for past wages and $50,000 for emotional distress.

Dated:     May 21, 2009                         BRUCE RIFKIN, Clerk of Court

                                                  /s/Mary Duett
                                                 By, Deputy Clerk