The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HO-CHUAN CHEN and<br>HOSSEIN BARAHIMI,<br><br>        Plaintiffs,<br><br>v.<br><br>LINDA DOUGHERTY, JENNIFER LINDWALL, and KING COUNTY<br><br>        Defendants. | Consolidated Action<br><br>No. CV4-0987P<br><br>DECLARATION OF<br>SUSAN B. MINDENBERGS<br>IN SUPPORT OF PLAINTIFF'S<br>REVISED MOTION FOR FEES<br>AND COSTS |
| HOSSEIN BARAHIMI,<br><br>        Plaintiff,<br><br>v.<br><br>KING COUNTY and SUE OSTERHOUDT,<br><br>        Defendants. | |

Declaration of Susan Mindenbergs
In Support of Plaintiff's Revised Motion for
Attorneys' Fees and Costs - 1

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

Susan B. Mindenbergs does hereby certify and declare under the laws of the United States of America and the State of Washington that the following is true and correct and from my personal knowledge.

1. I am one of Plaintiff Barahimi's attorneys.

2. I have reviewed the Court's Order on Motion for Attorneys' Fees dated July 7, 2009 in which the Court has instructed that hours spent on the claim against King County be deducted from the request and that my hours be reduced to $200 an hour for the time I spent on the issue that resulted in the Court's October 1, 2008 Order on discovery.

3. I have reviewed my fee petition and pre-trial briefs, pleadings, and depositions to comply with the Court's Order.

4. Pursuant to the Court's Order, I am reducing my fee request by the following:

   a. August 28, 2008 – October 1, 2008 – reduced fee request from $300 an hour to $200 per hour for a total of 45.53 hours for time spent on the issue resulting in the Court's October 1, 2008 Order for a reduction of $4,553.00.

   b. January 2009 – March 2009 – reduced fee request by 7.69 hours devoted either to *Monell* liability or research on final decision maker for a reduction of $2,307.00.

4. My fee request originally sought $354,450.60 for attorney's fees. I have reduced that request by a total of $6,860 for a revised total of $347,590.60 for the time I spent litigating this case.

5. I deducted .75 hours for time spent by Jeffrey L. Needle preparing the trial brief on the issue of *Monell* liability. I deducted .5 hours of time for Mr. Needle for the KIRO

Declaration of Susan Mindenbergs
In Support of Plaintiff's Revised Motion for
Attorneys' Fees and Costs - 2

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

interview he gave in April 2009. The proposed order reflects a reduction of a total of $500.00 in fees for Mr. Needle from $109,100.00 to $108,600.00.

DATED at Seattle, Washington, this 13th day of July 2009.

                                                    Susan B. Mindenbergs

Declaration of Susan Mindenbergs
In Support of Plaintiff's Revised Motion for
Attorneys' Fees and Costs - 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
200 MAYNARD BUILDING
119 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523