The Honorable Marsha Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| HO-CHUAN CHEN and | ) | |
| HOSSEIN BARAHIMI, | ) | Consolidated Action |
| | ) | |
| Plaintiffs, | ) | No.  CV4-0987P |
| | ) | |
| v. | ) | **FINAL ORDER ON** |
| | ) | **PLAINTIFFS' MOTIONS** |
| LINDA DOUGHERTY, JENNIFER | ) | **FOR ATTORNEY FEES AND COSTS** |
| LINDWALL, and KING COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| HOSSEIN BARAHIMI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KING COUNTY and SUE OSTERHOUDT, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on Plaintiffs' Motion for Attorney Fees and Costs noted for June 19, 2009. The Court has reviewed Plaintiffs' Motion and supporting declarations and exhibits; Defendants' Response, and Plaintiffs' Reply and the pleadings and documents on file herein.

The Court issued an Order Granting in Part and Denying in Part Plaintiffs' Motion for Fees. This Order conforms to the Court's direction in its July 7, 2009 Order.

| | |
|---|---|
| Gendler and Mann Attorneys | $550,100.00 |
| Costs *Chen and Barahimi v. Dougherty, et al.* | 22,155.93 |
| SUBTOTAL FEES AND COSTS | $572,255.93 |
| Susan Mindenbergs | 347,590.60 |
| Jeffrey L. Needle | 108,600.00 |
| Patricia Rose | 10,050.00 |
| Judith Lonnquist | 2,475.00 |
| Janet Francisco | 50,745.20 |
| Kathy Kindberg | 2,420.00 |
| Amy Howe | 11,632.50 |
| Costs *Barahimi v. Osterhoudt* | 18,941.82 |
| SUBTOTAL FEES AND COSTS: | $552,461.12 |

TOTAL FEES AND COSTS AWARDED TO PLAINTIFFS CHEN AND BARAHIMI:

$1,124.717.05

Defendants are ordered to pay Plaintiffs $1,124,717.05 within 30 days of the entry of this

Order.

Dated: July 14, 2009

Marsha J. Pechman
U.S. District Judge